98

440 P.2d 136

**STATE of New Mexico, Petitioner,**

v.

**The Honorable Joe ANGEL, District Judge, Respondent.**

No. 8668.

Supreme Court of New Mexico.

May 7, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, JJ., concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.

440 P.2d 136

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Leon COWLEY, Defendant-Appellant.**

No. 8644.

Supreme Court of New Mexico.

April 5, 1968.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that Petition for Writ of Certiorari be and the same is hereby denied. 79 N.M. 49, 439 P.2d 567.

Further ordered that the record in Court of Appeals Cause No. 82 be and the same is hereby returned to the Clerk of the Court of Appeals.

440 P.2d 136

**STATE of New Mexico ex rel. David C. MARQUEZ, Orlando S. Losolla, George Espinoza, Raymond Patterson, Rito Canales and Bobby Valencia, Petitioners,**

v.

**The Honorable Edward E. TRIVIZ, District Judge of the First Judicial District Sitting by Designation, Respondent.**

No. 8665.

Supreme Court of New Mexico.

May 6, 1968.

CHAVEZ, Chief Justice, and MOISE, COMPTON and CARMODY, JJ. concurring. NOBLE, J., being absent and not participating.

Ordered · that the petition for writ of prohibition and mandamus be and the same is hereby denied.

440 P.2d 136

**STATE of New Mexico, ex rel. Alfonso G. SANCHEZ, District Attorney, Petitioner,**

v.

**The Honorable Joe ANGEL, District Judge, Respondent.**

No. 8670.

Supreme Court of New Mexico.

May 13, 1968

ORDER

Hereby ordered that a peremptory writ of prohibition be granted to Petitioner herein and made absolute, and Respondent is hereby ordered to cease, desist and refrain from taking any further action in a certain cause entitled State of New Mexico, Plaintiff, vs. Reies Lopez Tijerina, and other Defendants, Cause No. 3938, Rio Arriba County, and such order is hereby made permanent.